# Third District Court of Appeal

## State of Florida

Opinion filed January 23, 2019.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D18-2578
Lower Tribunal Nos. 06-30662, 92-34188B, 94-14594, 94-18953
_____

**Wallace C. Jones, Jr.,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Cristina Miranda, Judge.

Wallace C. Jones, Jr., in proper person.

Ashley Brooke Moody, Attorney General, for appellee.

Before EMAS, C.J., and SALTER and FERNANDEZ, JJ.

PER CURIAM.

Pursuant to Rule 9.141(b), Florida Rules of Appellate Procedure, we treat Wallace Jones' petition for writ of certiorari as an appeal taken from an order summarily denying his motion for postconviction relief under Rule 3.850, Florida Rules of Criminal Procedure. Finding no error in the trial court's determination, we affirm.